447 A.2d 639

Commonwealth v. Hutchinson, Appellant.

Submitted May 22, 1981. David G. Metinko, for appellant; David S. Smith, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, MONTGOMERY and VAN der VOORT, JJ.

Judgment of sentence affirmed.